IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEIL WALKER, # 095197, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:14-CV-1218-WKW |
| | ) | (WO) |
| KARLA JONES, Warden, STEVE MARSHALL,[1] The Attorney General of the State of Alabama, and STATE OF ALABAMA, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

On December 21, 2016, the Magistrate Judge filed a Recommendation. (Doc. # 23.) On January 9, 2017, Petitioner Neil Walker filed objections. (Doc. # 24.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Petitioner's objections do not offer any substantive legal or factual argument concerning the critical finding of the Magistrate Judge: that the court lacks jurisdiction over the petition because it is a successive petition filed without the required certificate from the Eleventh Circuit Court of Appeals. The record supports

---

[1] Steve Marshall succeeded Luther Strange as Attorney General. Therefore, Steve Marshall is automatically substituted for Luther Strange as a Defendant by operation of Rule 25(d) of the Federal Rules of Civil Procedure.

the Magistrate Judge's findings and conclusions of law.

Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 23) is ADOPTED.

(2) Petitioner's objections (Doc. # 24) are OVERRULED.

(3) This action is DISMISSED for lack of jurisdiction because Petitioner failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive § 2254 petition.

A separate final judgment will be entered.

DONE this 13th day of April, 2017.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE